[No. 7530.]

South Platte Ditch Company et al. v. Larimer and
Weld Reservoir Company.

Judgment reversed on the authority of *Comstock v. Larimer &
Weld Company* No. 7582, *post*, 186.

*Error to Larimer District Court.*—Hon. Harry P.
Gamble, Judge.

Messrs. Allen & Webster, for plaintiffs in error.

Mr. L. R. Rhodes, Mr. R. W. Fleming, for defendant in error.

Mr. Justice Bailey delivered the opinion of the
court:

The action was brought by the defendant in error
against the State Engineer and other water officials, in
which plaintiffs in error, direct irrigators in Water District No. 64 of Division No. 1, were afterward made defendants. The complaint is the same as that in cause
No. 7582, Charles W. Comstock, State Engineer et al.,
plaintiffs in error, v. The Larimer and Weld Reservoir
Company, defendant in error, 145 Pac. 700 decided at the
present term of this court. A general and special demurrer by plaintiffs in error to the complaint was overruled. They elected to stand upon the demurrer, and a
decree, as prayed, was rendered by the court against them
with costs, and they bring the case here for review.
The complaint in the case cited was held obnoxious to
a like attack, and the reasons there given are controlling
here. Therefore, upon the authority of that decision,

the judgment is reversed and the cause remanded with directions to dismiss the complaint.

*Reversed and remanded.*

Decision *en banc.*

Mr. JUSTICE GARRIGUES dissents.

Mr. JUSTICE HILL not participating.